THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ALFRED J. LINDSAY, Appellant.

(Argued June 11, 1935; decided July 11, 1935.)

*G. Sydney Shane* and *Cornelius J. McCarthy* for appellant.
*A. Edward Krieger, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ.   Not sitting: CROUCH, J.